**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| SCARLETT LOPEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00008-ACL |
| | ) | |
| DAKOTA RAMSEUR, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion.   Mail to Plaintiff from the Court was returned as undeliverable on February 13, 2026, with the envelope indicating that it was unable to be forwarded.   ECF No. 4.   According to the Local Rules of this Court, self-represented parties are required to "promptly notify the Clerk and all other parties to the proceedings of any change in his or her address and telephone number."   E.D. Mo. L.R. 2.06(B).   When mail "is returned to the Court without a forwarding address" and there has been no notification of a change in address within thirty (30) days, "the Court may, without further notice, dismiss the action without prejudice."   *Id.*

In this case, more than thirty (30) days have passed since the mail was returned, and Plaintiff has not notified the Clerk of a change in address.   The Court will therefore dismiss this action, without prejudice, pursuant to Local Rule 2.06(B).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice for Plaintiff's failure to comply with Local Rule 2.06(B) and failure to notify the Court of a change in address.

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* [ECF No. 2] is **DENIED as moot**.

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 24th day of March, 2026.

_____

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE